■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LYNK, Appellant. [901 NYS2d 867]—Appeal by the defendant from an order of the Supreme Court, Richmond County (Rienzi, J.), dated September 12, 2008, which, after a hearing to redetermine the defendant's sex offender risk level pursuant to the stipulation of settlement in *Doe v Pataki* (3 F Supp 2d 456 [1998]), designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant failed to show, by clear and convincing evidence, that special circumstances existed warranting a downward departure from his presumptive risk level two sex offender designation (*see People v Pearsall*, 67 AD3d 876 [2009]; *People v Atkinson*, 65 AD3d 1112 [2009]; *People v Herron*, 59 AD3d 414,

415 [2009]; *People v Ainoris*, 57 AD3d 864, 865 [2008]; *People v Pasquarelli*, 57 AD3d 753 [2008]; *People v Guaman*, 8 AD3d 545 [2004]; *cf. People v Stevens*, 55 AD3d 892, 894 [2008]).

Accordingly, the Supreme Court, after considering the mitigating factors advanced by the defendant, appropriately determined the defendant to be a level two sex offender and providently exercised its discretion in denying his request for a downward departure (*see People v Goodwin*, 49 AD3d 619, 621 [2008]). Fisher, J.P., Covello, Hall and Sgroi, JJ., concur.